UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

TEAMSTERS LOCAL 251 HEALTH
SERVICES AND INSURANCE PLAN,
by and through its BOARD OF TRUSTEES and
TAMMY BEAUDREAULT, in her official
Capacity as Fund Administrator,
   Plaintiff,

v.             C.A. No. 19-407 JJM-PAS

ABF FREIGHT SYSTEM, INC,
   Defendant.

## VOLUNTARY DISMISSAL

NOW COME Plaintiffs pursuant to Fed. R. Civ. P. 41(a) and voluntarily dismiss the above-captioned matter, with prejudice.

| | |
|---|---|
| /s/ Donald L. Havermann | /s/ Elizabeth Wiens |
| Admitted Pro Hac Vice | Elizabeth A. Wiens, Esq. (#6827) |
| Morgan, Lewis & Bockius LLP | GURSKY \| WIENS Attorneys at Law, Ltd. |
| 1111 Pennsylvania Avenue NW | 1130 Ten Rod Rd. Ste C207 |
| Washington, DC 20004-2541 | North Kingstown, RI 02852 |
| Tel: (202) 739-5072 | Tel: (401) 294-4700 |
| Fax: (202) 739-3001 | Fax: (401) 294-4702 |
| donald.havermann@morganlewis.com | ewiens@rilaborlaw.com |
| *Counsel for Defendant* | *Counsel for Plaintiffs* |

## CERTIFICATION

I hereby certify that I electronically filed the within document on March 31, 2020. The documents are available for viewing and downloading from the Court's Electronic Case Filing system.

            /s/ Elizabeth Wiens